IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Patricia A. Aurand, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 6:07-3968-HMH-WMC |
| | ) | |
| vs. | ) | **OPINION & ORDER** |
| | ) | |
| Michael J. Astrue, Commissioner of Social Security Administration, | ) ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on a motion for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"). See 28 U.S.C. § 2412 (a), (d). In her motion, Patricia A. Aurand ("Aurand") seeks attorney's fees for services rendered in the above-captioned social security action in the amount of Four Thousand Three Hundred Ten Dollars and Seventy-Seven Cents ($4,310.77) plus expenses and costs in the amount of Twenty-Three Dollars ($23.00) (calculated based on $16.00 in expenses and $7.00 in costs). However, the Commissioner and Aurand have reached an agreement to settle Aurand's motion for attorney's fees for Four Thousand One Hundred Sixty Dollars ($4,160.00) plus expenses and costs. The court finds that an award of attorney's fees in the amount of $4,160.00 and costs and expenses in the amount of $23.00 is reasonable.

Therefore, it is

**ORDERED** that Aurand is awarded attorney's fees in the amount of Four Thousand One Hundred Sixty Dollars ($4,160.00) and expenses and costs in the amount of Twenty-Three Dollars ($23.00).

**IT IS SO ORDERED**.

                                    s/Henry M. Herlong, Jr.
                                    United States District Judge

Greenville, South Carolina
May 1, 2009